# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**UNION INSURANCE COMPANY**                                        **PLAINTIFF**

**VS.                          CIVIL ACTION NO. 3:09CV283-HTW-LRA**

**TRAVELERS INDEMNITY COMPANY**
**OF CONNECTICUT**                                                 **DEFENDANTS**

## ORDER

This cause came before the Court for telephonic hearing on June 9, 2010, for argument regarding Plaintiff's Motion for Extension of Time to Complete Discovery and to File Dispositive Motions, document 17. It is questionable as to whether circumstances which constitute good cause for the extension have been set forth. However, in the interests of justice, the Court finds that the discovery deadline shall be continued for the purpose of Plaintiff being allowed to propound that discovery served May 14, 2010. In an effort to alleviate any prejudice to Defendant, Defendant shall be granted an extension of the normal thirty-day response time, an extension of the motion deadline, and a continuance of the trial. The trial and deadlines are extended as set forth below.

IT IS, THEREFORE, ORDERED:

1. Defendant shall make any objections to Plaintiff's discovery on or before **June 16, 2010.** Defendant shall fully respond to the

discovery on or before **July 30, 2010.** Discovery is extended for that purpose until **July 30, 2010.**

2. All case-dispositive and *Daubert* motions shall be filed by **August 16, 2010.**

3. The pretrial conference in this case is set for either **November 16 or 17, 2010,** at a specific time to be later set.

4. That this case is set for a jury trial during a trial calendar that begins on **December 6, 2010,** and ends on **December 17, 2010**, before Chief District Judge Henry T. Wingate.

SO ORDERED, this the 10th day of June, 2010.


                                        S/ Linda R. Anderson
                            UNITED STATES MAGISTRATE JUDGE